UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

EDDIE SHERMAN THOMAS,

    Defendant(s).

No. CR-06-00189-SBA

**ORDER**

    The Court, having considered the oral request of Don Emmanuel Smith, the surety/defendant's father-in-law, in open court on January 10, 2007, hereby orders the following:

    1. Don Emmanuel Smith is relieved as a surety on the $250,000 Bond issued and filed on April 27, 2006 in the case of U.S.A. vs. Eddie Sherman Thomas.

    2. The Clerk of the court is directed to reconvey the deed of trust back to Don Emmanuel Smith as soon as possible.

    IT IS SO ORDERED.

Dated: 1-10-07

WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Pretrial Services, Financial, Lisa Clark

caption.frm

1