1  TRABACK, Du BOIS & IKUMA
   WILLIAM H. DuBOIS
2  1611 Telegraph Ave., Suite 1100
   Oakland, CA 94611
3  Telephone: (510) 835-8005
   Facsimile:  (510) 444-1369
4  email:  whdubois@comcast.net

5  TAMOR & TAMOR
   RICHARD A. TAMOR
6  Lake Merritt Plaza
   1999 Harrison, Suite 1400
7  Oakland, CA 94612
   Telephone:  (510) 874-4170
8  Facsimile:   (510) 874-4174
   web: www.TamorLaw.com
9
   Attorneys for Defendant EDDIE SHERMAN THOMAS
10

11
                  IN THE UNITED STATES DISTRICT COURT
12

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  UNITED STATES OF AMERICA                )   Case No.  CR-06-00189 SBA
                                            )
16                      Plaintiff,          )
                                            )
17  vs.                                     )   STIPULATION AND [PROPOSED]
                                            )   ORDER RE: 1745 LEMON STREET,
18  EDDIE SHERMAN THOMAS, et al.            )   VALLEJO, CALIFORNIA
                                            )
19                                          )
                                            )
20                      Defendants          )
                                            )
21  _____)

22       Richard A. Tamor, counsel for the defendant EDDIE THOMAS, and Assistant

23  United States Attorney, Garth Hire, counsel for the United States, with the Court's

24  Permission, hereby stipulate as follows:

25       1. EDDIE THOMAS is currently under pre-trial release pursuant to a $250,000

26  appearance bond.  This appearance bond is currently secured by two parcels of real

27

28
                                                                              1

1  property: a) 1942 Hummingbird Drive, Fairfield, CA 94534; and b) 1745 Lemon Street,

2  Vallejo, CA 94590.  Both pieces of property independently have sufficient equity to

3  satisfy the amount of the bond.

4      2. The Clerk of the Court is directed to execute a full reconveyance of the deed of

5  trust currently being held by the Clerk of the Court against Miquita Price's (EDDIE

6  THOMAS's wife's) real property located at 1745 Lemon Street, Vallejo, California ("the

7  property") to secure defendant, EDDIE THOMAS' appearance in this criminal case.  This

8  reconveyance is made for the purposes of refinancing the property.  The Clerk of the

9  Court may satisfy this obligation by providing the full reconveyance of the deed of trust

10  personally to the defendant, EDDIE THOMAS, or one of his designated representatives,

11  including his counsel, Richard A. Tamor or his mortgage broker, Napoleon Esparrago of

12  Bridgegate Properties.

13      3. Within five (5) days of refinancing the property, Miquita Price is ordered to

14  execute a deed of trust against the property in the amount of $250,000 in favor of the U.S.

15  District Court Northern District of California.  This deed of trust, shall be held by the

16  Clerk of the Court under the same terms and conditions as the existing appearance bond.

17      4. The Clerk of the Court shall retain the deed of trust currently being held by the

18  Clerk of the Court against Miquita Price's (EDDIE THOMAS's wife's) real property

19  located at 1942 Hummingbird Drive, Fairfield, California to secure defendant, EDDIE

20  THOMAS' appearance in this criminal case.

21

22  Date:  July 9, 2007

23                                   /S/
                              RICHARD A. TAMOR, ESQ.
                              Attorneys for Defendant, EDDIE THOMAS

24

25  July 2Y, 2007

26                                GARTH HIRE, ESQ.
                              Assistant United States Attorney
                              Attorney for the United States

27

28  U.S. v. EDDIE SHERMAN THOMAS, CR 06-00189 SBA; STIPULATION AND [PROPOSED] ORDER    2

1

**ORDER**

2      Based upon the stipulation of the parties, IT IS SO ORDERED.

3

4      Date:  July 25, 2007



5      Hono_____. Brazil
       Unite_____rate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. EDDIE SHERMAN THOMAS, CR 06-00189 SBA; STIPULATION AND [~~PROPOSED~~] ORDER          3