JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> EDDIE SHERMAN THOMAS, <br>     Defendant. | No. CR 06-00189 SBA <br><br> STIPULATION TO SCHEDULE HEARING FOR CHANGE OF PLEA AND SENTENCING; ORDER EXCLUDING TIME |

    Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

    1.    The government and defendant Eddie Sherman Thomas have reached a negotiated disposition in which defendant would plead guilty pursuant to a binding plea agreement.

    2.    Accordingly, the parties hereby submit the proposed plea agreement, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

        (a)    That the parties have submitted a plea agreement for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C); and

1

    (b) that a hearing for change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on September 9, 2008, and that the time period from April 28, 2008, through September 9, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C);

 IT IS SO STIPULATED.

DATE: April 28, 2008         Respectfully submitted,

                  JOSEPH P. RUSSONIELLO
                  United States Attorney

                   /s/[1]
                  GARTH HIRE
                  Assistant United States Attorney

                  Attorneys for Plaintiff
                  UNITED STATES OF AMERICA


DATE: April 28, 2008             /s/
                  RICHARD TAMOR, ESQ.

                  Counsel for Eddie Sherman Thomas

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

 1. A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on September 9, 2008, for defendant Eddie Sherman Thomas. Time is excluded for purposes of the Speedy Trial Act from April 28, 2008, through the hearing date of September 9, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2. The presently scheduled status conference in this matter for Tuesday, April 29, 2008, at 9 a.m., is vacated.

3. The United States Probation Office is ordered to prepare a Presentence Report for defendant Eddie Sherman Thomas.

DATED: 4/28/08   _____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE