UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDIE SHERMAN THOMAS,<br><br>　　　Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Respondent. | Case No:  C 09-4240 SBA<br><br>2255 MOT. – See CR 06-00189 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　On September 9, 2008, Eddie Sherman Thomas (Petitioner) pleaded guilty to violation of 21 U.S.C. § 841(b), Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking.  He was then sentenced to a term of 48 months and committed to the custody of the Bureau of Prisons.  On September 11, 2009, Petitioner filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 in which he alleges a claim for ineffective assistance of counsel.  Accordingly,

　　IT IS HEREBY ORDERED THAT the United States shall file and serve an opposition to Petitioner's 2255 motion within 30 days the date this Order is filed.   If Petitioner desires to submit a reply brief, he shall do so by no later than 30 days after the United States files it opposition.  The matter will be deemed submitted on the date the Reply is due.

　　IT IS SO ORDERED.

Dated:  September 15, 2009

　　　　　　　　　　　　　　　　　　　_/s/ Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge