UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EDDIE SHERMAN THOMAS,<br><br>　　　　Defendant. | Case No:  CR 06-0189 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　On September 11, 2008, Defendant Eddie Sherman Thomas ("Thomas") pled guilty to a violation of 21 U.S.C. § 843(b)—Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking.  Docket 449.  He was committed to the Bureau of Prisons for a term of 48 months, to be followed by a one-year term of supervised release.  Id.  On May 17, 2010, Thomas filed a motion for return of property.  Docket 467.  The Court directs the United States to file a response to said motion.  Accordingly,

　　　IT HEREBY ORDERED THAT the Government shall file a response to Thomas' motion to return property within thirty (30) days of the date this order is filed.  If Thomas desires to file a reply brief, he shall do so within thirty (30) days after the Government files its response.  The matter will thereafter be taken under submission.

　　　IT IS SO ORDERED.

Dated:  June 3, 2010

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

MICHAEL GREEN JOHNSON et al,

        Defendant.
                                       /

Case Number: CR06-00189 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie Sherman Thomas
FCI Butner Med I
P.O. Box 1000
Butner, NC 27509

Dated: June 3, 2010
                                     Richard W. Wieking, Clerk

                                            By: LISA R CLARK, Deputy Clerk