UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE SHERMAN THOMAS,<br><br>Defendant. | Case No: CR 06-0189 SBA<br><br>**ORDER**<br><br>Docket 467 |

On September 11, 2008, Defendant Eddie Sherman Thomas ("Thomas") pled guilty to a violation of 21 U.S.C. § 843(b)—Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking. Docket 449. He was committed to the Bureau of Prisons for a term of 48 months, to be followed by a one-year term of supervised release. Id.

On May 17, 2010, Thomas filed a Motion for Return of Property. Docket 467. Specifically, he seeks the return of $50,740, which was seized from his home by the Contra Costa County Sheriff's Department, pursuant to a search warrant. Upon review the motion, the Court ordered the Government to file a response.

On June 4, 2010, the Government timely filed a statement of non-opposition to Thomas' motion. In its response, the Government states that it "is in the process of making arrangements to return the subject funds to Thomas." Docket 474 at 2. Since it appears that there is no longer is any dispute as to Thomas' right to recover his property, the instant motion is moot. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion for Return of Property is DENIED as moot. If the Government does not return Defendant's funds within 45 days of the

1  date this Order is filed, Defendant may renew his motion with the Court.  This Order
2  terminates Docket 467.
3      IT IS SO ORDERED.
4
5  Dated:  June 10, 2010                                          _____
6                                                          SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  UNITED STATES DISTRICT COURT

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

MICHAEL GREEN JOHNSON et al,

        Defendant.
                                            /

Case Number: CR06-00189 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie Sherman Thomas
FCI Butner Med I
P.O. Box 1000
Butner, NC 27509

Dated: June 11, 2010
                                      Richard W. Wieking, Clerk

                                              By: LISA R CLARK, Deputy Clerk