1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                    OAKLAND DIVISION
9

10  EDDIE SHERMAN THOMAS,              Case No: Cr 06-189 SBA
11           Plaintiff,                **ORDER**
12       vs.                           Docket
13  UNITED STATES OF AMERICA,
14           Defendant.
15

16      Pursuant to this Court's Order of June 10, 2010, Defendant has filed a Renewed
17  Motion for Return of Seized Property. IT IS HEREBY ORDERED THAT the Government
18  shall file an opposition or statement of non-opposition by no later than August 9, 2011, and
19  the Defendant shall file a reply, if any, by no later than August 16, 2011. The matter will
20  be deemed submitted at the closing of the briefing schedule.
21      IT IS SO ORDERED.
22
23  Dated: July 25, 2011                _____
24                                      SAUNDRA BROWN ARMSTRONG
                                        United States District Judge
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

MICHAEL GREEN JOHNSON et al,

        Defendant.
_____/

Case Number: CR06-00189 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Eddie Sherman Thomas** (3)
93457-111
FCI Butner Med I
P.O. Box 1000
Butner, NC 27509

Dated: July 26, 2011

                                Richard W. Wieking, Clerk

                                By: LISA R CLARK, Deputy Clerk